No. 80–5275. BRACEWELL *v.* ALABAMA. Ct. Crim. App. Ala. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Beck* v. *Alabama,* 447 U. S. 625 (1980).

No. 79–972. WESTVACO CORP. ET AL. *v.* ADAMS EXTRACT Co. ET AL. C. A. 5th Cir. [Certiorari granted, 447 U. S. 919.] Motion of respondents Owens-Illinois, Inc., et al. to dismiss the writ of certiorari granted. Motion of Westvaco Corp. to dismiss the writ of certiorari pursuant to Rule 53 granted. Motion of Mead Corp. for leave to intervene as a party petitioner denied. Certiorari dismissed. JUSTICE POWELL took no part in the consideration or decision of this case.

No. 79–1356. JOHNSON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. C. A. 7th Cir. [Certiorari granted, 448 U. S. 910.] Judgment vacated and case remanded for further consideration in light of the subsequent development described in the suggestion of mootness filed by respondents on October 2, 1980; the response of petitioners filed on October 10, 1980; the response of the United States as *amicus curiae* filed on October 10, 1980; and the reply filed on October 15, 1980.

No. A–146 (80–5216). SCOTT *v.* FLORIDA. Application for stay of proceedings in the Supreme Court of Florida, addressed to THE CHIEF JUSTICE and referred to the Court, denied.